UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| OSCAR GUILLEN, SR.,              )<br>                                                      )<br>                  Plaintiff,            )<br>     vs.                                      )      2:05-cv-259-RLY-WGH<br>                                                      )<br>CARL LEMONS, SR., et al.,       )<br>                                                      )<br>                  Defendants.      ) | |

**E N T R Y**

**I.**

The initial partial filing fee was properly assessed in this case based on the information provided by the plaintiff and on the formula prescribed by statute in action on requests to proceed *in forma pauperis*. There are no circumstances in the plaintiff's motions filed on March 15, or 16, 2006, suggesting any irregularity in this instance. His motion to compel and for continuance, as well as the motion for reconsideration, are therefore **denied.**

The plaintiff's motion for a change of address is his notice that he has been transferred to a different prison and as such a notice this motion is **granted.**

**II.**

This cause is dismissed for failure to prosecute, a disposition based on the plaintiff's failure to pay the initial partial filing fee by the March 7, 2006, deadline which was established.

Judgment dismissing this action without prejudice shall now issue.

This disposition does not affect the plaintiff's obligation to pay the filing fee.

**IT IS SO ORDERED.**

Date: 03/21/2006

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana